FILED IN
COURT OF CRIMINAL APPEALS

June 15, 2015

ABEL ACOSTA, CLERK

ap-77,031
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/15/2015 11:42:10 AM
Accepted 6/15/2015 1:31:33 PM
ABEL ACOSTA
CLERK

## NO. AP-77,031

### IN THE
### COURT OF CRIMINAL APPEALS
### OF TEXAS

---

**FRANKLIN DAVIS,**
**Appellant**

v.

**THE STATE OF TEXAS,**
**Appellee**

---

## STATE'S SECOND MOTION TO EXTEND THE TIME TO FILE BRIEF

---

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

THE STATE OF TEXAS, by and through the Criminal District Attorney of Dallas County, respectfully requests that the time for filing its brief in this cause be extended. In support of this motion, the State would show the following:

### I.

Appellant is confined pursuant to the judgment and sentence of the Criminal District Court Number 7 of Dallas County, convicting him of the capital murder of Shania Gray. On November 16, 2013, the jury answered the special issues so as to support the imposition of a death sentence, and the trial court sentenced him to death. Appeal to this Court is automatic. After requesting two extensions,

1

Appellant filed his brief on February 27, 2015. The State's brief was originally due on March 30, 2015. The State requested one previous extension. The Court granted that request, in part, extending the deadline 90 days, until June 29, 2015.

## II.

The State respectfully requests that the Court extend the deadline for the filing of the State's brief for **30 days**, until **July 29, 2015**.

## III.

The State would show the Court that a reasonable explanation exists for the requested 30-day extension. The undersigned counsel manages an extensive non-capital and capital docket. Since the filing of the prior extension motion, counsel has completed the following:

- Read the record, researched issues, and drafted the State's brief in *Albert Ayala, Jr. v. The State of Texas*, a direct appeal in the Fifth District Court of Appeals;

- Read the record, researched issues, and drafted the State's Brief in *Allen Maurice Little v. The State of Texas*, a direct appeal in the Fifth District Court of Appeals;

- Read the record, researched issues, and interviewed witnesses in preparation for the evidentiary hearing in *Ex parte Roderick Harris*, a capital writ proceeding, which was originally set for the week of May 18, 2015, but was

2

stayed on April 30, 2015;

- Drafted and filed the State's response to 34 non-capital applications for writ of habeas corpus;

- Drafted and filed the State's Supplemental Response in the following non-capital writs:

  - *Ex parte Juan Francisco Turcios*

  - *Ex parte Bobby Drew Autry*

  - *Ex parte Christopher Arnone*

  - *Ex parte Gerardo Reyna*

- Reviewed the trial file, researched the issues and appeared for an evidentiary hearing in *Ex parte Reyna*, which was held on April 24, 2015;

- Reviewed the trial file, and researched the issues in preparation for an evidentiary hearing in *Ex parte Jose Marentes*;

- Reviewed the trial file, and researched the issues in preparation for an evidentiary hearing currently set for June 19, 2015 in *Ex parte Jose Bonilla*;

- Reviewed the trial file, and researched the issues in preparation for an evidentiary hearing currently set for June 26, 2016 in *Ex parte Keliam Rudd;*

- Processed four trial files for review by writ counsel pursuant to the Dallas County District Attorney's post-conviction open-file policy.

Over the next few weeks, the undersigned will be required to continue to

manage her non-capital habeas corpus writ docket in three assigned courts in addition to completing her work in the instant brief. The undersigned must also draft and file the State's Supplemental Response in the following non-capital writs:

- *Ex parte Keliam Rudd,*

- *Ex parte Cedric Butler,*

- *Ex parte Eric Warren,*

- *Ex parte Sanchez Henry.*

## IV.

Appellant has filed a **148-page** brief presenting **48 issues** for review. The reporter's record consists of 78 volumes, and appellant's issues cover all phases of the trial, from pre-trial through the punishment phase.

As of today, the undersigned has completed reading the reporter's record and is diligently working to research and brief all 48 issues. This is counsel's first capital direct appeal and, as such, ample time is needed for drafting and editing as well as revision at her supervisor's discretion.

## V.

The undersigned has conferred with the Appellant's counsel, John Tatum, and he has no objection to the State's motion.

## VI.

For all of the foregoing reasons, counsel respectfully that the Court extend the deadline for filing the State's brief until **July 29, 2015 (30 days)**.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that the Court extend the deadline for filing the State's brief until **July 29, 2015 (30 days)**.

Respectfully submitted,

/s/ Rebecca D. Ott

**Susan Hawk**
**Criminal District Attorney**
Dallas County, Texas

**Rebecca D. Ott**
**Assistant District Attorney**
State Bar No. 24074842
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3625 *(phone)*
(214) 653-3643 *(fax)*
Rebecca.Ott@dallascounty.org

## CERTIFICATE OF SERVICE

I certify that a true copy of this motion was served on appellant's counsel, John Tatum, 990 S. Sherman Street, Richardson, Texas, 75081, jtatumlaw@gmail.com, via eFile on June 15, 2015.

/s/ Rebecca D. Ott

Rebecca D. Ott

5